1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10

JERRI CURRY,                                    No. C 12-03940 RS

11

12            Plaintiff,                        **CASE MANAGEMENT
                                                SCHEDULING ORDER**
13      v.

CONTRA COSTA COUNTY,

14

15            Defendant.

16  _____/

17         Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

18  Case Management Conference on December 20, 2012.  After considering the Joint Case

19  Management Statement submitted by the parties and consulting with the attorneys of record for

20  the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

21         1.      ALTERNATIVE DISPUTE RESOLUTION.

22         EARLY NEUTRAL EVALUATION.  The parties are hereby referred to the ADR

23  Department for participation in an Early Neutral Evaluation, ideally within the next 120 days.

24         2.      DISCOVERY.  On or before October 11, 2013 all non-expert discovery shall be

25  completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert

26  depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

27

28

CASE MANAGEMENT SCHEDULING ORDER

1    subparts; (c) a reasonable number of requests for production of documents or for inspection per

2    party; and (d) a reasonable number of requests for admission per party.

3        3.    DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate

4    Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not

5    more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The

6    joint letter must be electronically filed under the Civil Events category of "Motions and Related

7    Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter

8    is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge

9    may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After

10   a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that

11   Judge's procedures.

12       3.    EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

13   opinions shall proceed as follows:

14       A.    On or before November 21, 2013, parties will make initial expert disclosures in

15   accordance with Federal Rule of Civil Procedure 26(a)(2).

16       B.    On or before December 13, 2013, parties will designate their supplemental and

17   rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

18       C.    On or before January 9, 2014, all discovery of expert witnesses pursuant to

19   Federal Rule of Civil Procedure 26(b)(4) shall be completed.

20       4.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

21   Management Conference shall be held on **May 2, 2013 at 10:00 a.m.** in Courtroom 3, 17th

22   Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

23   parties shall file a Joint Case Management Statement at least one week prior to the Conference.

24       5.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

25   Civil Local Rule 7.  All pretrial motions shall be heard no later than **February 13, 2014**.

26

27
                                         CASE MANAGEMENT SCHEDULING ORDER
28

3

1    6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **April**

2 **17, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

3 Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

4 personally.

5    7.      TRIAL DATE.   Jury trial shall commence on **April 28, 2014 at 9:00 a.m.**, in

6 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

7 California.

8    IT IS SO ORDERED.

9

10 DATED:   1/3/13

11

12                              RICHARD SEEBORG
                               United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        CASE MANAGEMENT SCHEDULING ORDER

3