SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation, and DOES 1-100,<br><br>    Defendants. | Case No. C12-3940 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE LEAVE TO FILE AMENDED ANSWER<br><br>Judge: Honorable Richard Seeborg<br>Crtrm: 3, 17th Floor |

Plaintiff JERRI CURRY and Defendant CONTRA COSTA COUNTY hereby stipulate, by and through their respective counsel, as follows:

1. There is good cause to grant Defendant CONTRA COSTA COUNTY leave to file an Amended Answer in this action. The County shall file its Amended Answer within ten (10) days of entry of the Order granting leave to file such Amended Answer.

///
///
///
///
///
///

2. By entering into this Stipulation, Plaintiff JERRI CURRY does not concede that Defendant CONTRA COSTA COUNTY has any viable Affirmative Defenses and does not waive her right to file any dispositive motion(s) as to the Amended Answer.

DATED: May 15, 2013

JOHN F. PRENTICE & ASSOCIATES

By: _____
SHEILA A. REID, ESQ.
Attorneys for Plaintiff
JERRI CURRY

DATED: May 15, 2013

SHARON L. ANDERSON, County Counsel

By: _____
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

**ORDER**

IT IS SO ORDERED.

DATE: 5/15/13

_____
RICHARD SEEBORG
United States District Judge