United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY, | No. C-12-03940-WHO (DMR) |
| Plaintiff(s), | **NOTICE AND ORDER SETTING HEARING ON JOINT DISCOVERY LETTER** |
| v. | |
| CONTRA COSTA COUNTY, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' joint letter regarding their discovery dispute (Docket No. 40). You are hereby notified that a hearing regarding the dispute is set for **August 22, 2013** at **11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: July 18, 2013

DONNA M. RYU
United States Magistrate Judge