UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRI CURRY,

        Plaintiff(s),

   v.

CONTRA COSTA COUNTY,

        Defendant(s).
_____/

No. C-12-03940 DMR

**ORDER RE AUGUST 22, 2013 DISCOVERY HEARING**

The court has reviewed the parties' joint discovery letter regarding ten documents withheld from production by Plaintiff Jerri Curry. [Docket No. 40.] Plaintiff and/or non-party Public Employees Union Local One are hereby ordered to bring each of the documents at issue to the August 22, 2013 hearing for potential *in camera* review.

IT IS SO ORDERED.

Dated: August 19, 2013

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge