UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY, | No. C-12-03940 DMR |
| Plaintiff(s), | **ORDER RE AUGUST 22, 2013 DISCOVERY HEARING** |
| v. | |
| CONTRA COSTA COUNTY, | |
| Defendant(s). | |

The court has reviewed the parties' joint discovery letter regarding ten documents withheld from production by Plaintiff Jerri Curry. [Docket No. 40.] Plaintiff and/or non-party Public Employees Union Local One are hereby ordered to bring each of the documents at issue to the August 22, 2013 hearing for potential *in camera* review.

IT IS SO ORDERED.

Dated: August 19, 2013

DONNA M. RYU
United States Magistrate Judge