UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY,<br><br>　　　　Defendant. | Case No. 12-cv-03940-WHO<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 47 |

This matter is referred to Magistrate Judge Laurel Beeler to conduct a settlement conference by a date determined to be appropriate by the parties, preferably prior to year's end.

The parties will be advised of the date, time and place of appearance by notice from Magistrate Beeler.

**IT IS SO ORDERED.**

Dated: September 27, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge