SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation, and DOES 1-100,<br><br>　　　　Defendants. | Case No. C12-3940 WHO (DMR)<br><br>ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE<br><br>Judge: Honorable William H. Orrick<br>Crtrm: 2, 17th Floor |

　　　Based on the parties' stipulation, Doc No. 83, and good cause appearing, the Court hereby ORDERS as follows:

　　　1. The County may file a new dispositive motion on or before March 19, 2014. Plaintiff's opposition shall be due on April 2 and the County's reply on April 9. The motion will be heard on April 23, 2014 at 2:00 p.m.

　　　2. The Court hereby schedules a Case Management Conference for April 23, 2014 at 2:00 p.m. The parties are to file a joint Case Management Conference one week prior to this date.

\\\

\\\

ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND CASE
MANAGEMENT CONFERENCE - Case No. C12-3940 WHO (DMR)　　　　　　　　　　　1

3. The Court sets May 30, 2014 as the date to conclude expert discovery.

IT IS SO ORDERED.

DATE: March 3, 2014

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge

ORDER REGARDING MOTION FOR SUMMARY JUDGMENT AND CASE
MANAGEMENT CONFERENCE - Case No. C12-3940 WHO (DMR)          2