JOHN F. PRENTICE, ESQ., SBN 087606
JOHN F. PRENTICE & ASSOCIATES, P.C.
2200 Powell Street, Suite 740
Emeryville, CA 94608
Telephone: (510) 420-9000
Facsimile:  (510) 597-0718
Email jprentice@jfprenticelaw.com

Attorneys for Plaintiff,
Jerri Curry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRI CURRY,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation, and Does 1-10,<br><br>    Defendants.<br>_____ / | Case No. C12-03940-WHO<br><br>**STIPULATION FOR ORDER AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION PURSUANT TO FRCP 41(a) (1)(A)(ii)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  **WHEREAS** the terms of the settlement with the clients' agreement were placed on the record of the above-captioned Court; and

  **WHEREAS** Plaintiff JERRI CURRY and Defendant CONTRA COSTA COUNTY have fully executed a Settlement Agreement;

  **THEREFORE,** the parties request that, pursuant to the Federal Rule of Court 41(a)(1)(A)(ii) the above entitled action be dismissed with prejudice.

//

//

//

STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION      Page 1

**IT IS SO STIPULATED.**

DATED: 2-3-2015

JOHN F. PRENTICE & ASSOCIATES, P.C.

By: /s/ John Prentice
John F. Prentice, Esq.
Attorneys for Plaintiff
Jerri Curry Ph.D.

DATED: 2-4-2015

SHARON ANDERSON, CONTRA COSTA
COUNTY COUNSEL

By: /S/
D. CAMERON BAKER, ESQ.
Deputy County Counsel
Attorneys for Defendant
Contra Costa County

**ORDER**

**IT IS SO ORDERED.**

Dated: February 6, 2015

/s/ William H. Orrick
WILLIAM H. ORRICK
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION                          Page 2